IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GINA MARISA FIRMATURE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-51-RP |
| SOCIAL SECURITY ADMINISTRATION USA, | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court are Gina Marisa Firmature's ("Firmature") Motions to Proceed with Court Case. (Dkts. 17, 19). It appears that Firmature filed the motions in response to this Court's order on July 1, 2020. In that order, the Court adopted in part the report and recommendation of United States Magistrate Judge Andrew Austin, (Dkt. 7), and permitted Firmature to file an amended complaint on or before July 22, 2020. (Order, Dkt. 15). Because Firmature has since filed two documents—her Motions to Proceed with Court Case—that include new allegations, the Court will provide Firmature with one more, final opportunity to file an amended complaint. The Court also reminds Firmature that her amended complaint should address the deficiencies of her original complaint, (Dkt. 1), as set out in the Court's July 1, 2020 order, (Dkt. 15).

Accordingly, the Court **ORDERS** that Firmature may file an amended complaint on or before **December 23, 2020**. Failure to timely amend in accordance with this order may result in dismissal of this case.

**IT IS FURTHER ORDERED** that Firmature's Motions to Proceed with Court Case are **GRANTED** subject to Firmature timely filing an amended complaint. If Firmature does not timely amend her complaint, her case may be subject to dismissal.

**IT IS FINALLY ORDERED** that the Clerk's Office mail a copy of this Order to Firmature via certified mail.

**SIGNED** on December 3, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE